IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOGITECH INC.,<br><br>　　　　　　　Defendant. | C.A. No. 14-254-SLR |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT Plaintiff Sapphire Dolphin LLC, by and through its undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

Dated: June 10, 2014

OF COUNSEL:

Eugenio Torres Oyola
FERRAIUOLI LLC
221 Plaza 5th Floor
221 Ponce de León Ave.
San Juan, Puerto Rico 00917
(787) 766-7000
etorres@ferraiuoli.com

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
302-655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Sapphire Dolphin, LLC*

　　　　　IT IS SO ORDERED, this _____ day of _____, 20__.

　　　　　　　　　　　_____
　　　　　　　　　　　United States District Judge